FIRST NATIONAL BANK OF NEW ROCHELLE, Respondent, *v.* FAIR-CHESTER OIL Co., INC., Appellant. (Actions Nos. 4 and 5.)

Submitted July 19, 1944; decided July 19, 1944.

MOTION to amend remittitur (see 292 N. Y. 694) to show " that this Court determined in the affirmative the question whether paragraph 10 of the contract of lease must be construed as excluding from its scope regulations under the Second War Powers Act by the War Production Board and the office of Price Administration of the United States Government."

Motion denied, with ten dollars costs and necessary printing disbursements on the ground that the proposed question is not one of Federal cognizance.

In the Matter of FRANK C. UITZ, JR., Appellant, against FREDER-ICK MORAN et al., as Commissioners of the State Board of Parole, Respondents.

Submitted July 19, 1944; decided July 19, 1944.

Motion by appellant for reargument of motion denied. (See 292 N. Y. 720.)

MOSCOW FIRE INSURANCE COMPANY et al., Respondents, *v.* BANK OF NEW YORK AND TRUST COMPANY, as Agent, et al., Respondents. SAMUEL E. MORRO et al., Respondents, *v.* MOSCOW FIRE INSURANCE COMPANY et al., Respondents. UNITED STATES OF AMERICA, Appellant.

Submitted July 19, 1944; decided July 19, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 286.)

ESTHER JABLOWSKY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 25297.)

Submitted July 19, 1944; decided July 19, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 652.)